Burdette D. Carleton and Nellie B. Carleton, appellants, v. Edythe L. Mayer, appellee. Gen. No. 25,098.

Bill to review a decree of divorce. Bill dismissed. Appeal from

the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed April 30, 1920. *Certiorari* denied by Supreme Court (making opinion final).

D. S. Wentworth and David B. Maloney, for appellants. James Todd and Wharton Plummer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.